**No. 67890.**—Joseph F. Scott Co. et al. *v.* United States, protests 62/2190, etc. (New York).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of ballet dancing figures on jewelry boxes similar in all material respects to those the subject of Abstract 66652, the claim of the plaintiffs was sustained.

BEFORE THE SECOND DIVISION, JULY 11, 1963

**No. 67891.**—Acorn Radio & Electronics, Inc., et al. *v.* United States, protests 62/7344, etc. (Los Angeles).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of milliammeters or volt-ohm-milliampere meters similar in all material respects to those the subject of *United States* v. *G. L. Electronics, Inc., Arrow Sales, Inc.* (49 CCPA 111, C.A.D. 804), the claim of the plaintiffs was sustained.